FILED

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

2021 FEB 12 PM 2:25

O'Dane Kirk-Patrick Jones
_Petitioner_

v.

Warden of Krome SPC
_Respondent_
(name of warden or authorized person having custody of petitioner)

Case No. 2:21-CV-118-FtM-35MRM
(Supplied by Clerk of Court)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: O'Dane Kirk-Patrick Jones
   (b) Other names you have used: None
2. Place of confinement:
   (a) Name of institution: Glades County Detention Center
   (b) Address: P.O. Box 39 Moore Haven Florida 33471

   (c) Your identification number: GCS011MNI001604
3. Are you currently being held on orders by:
   ☑ Federal authorities   ☐ State authorities   ☐ Other - explain:
   D.H.S. / I.C.E.
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: _____
      (b) Docket number of criminal case: _____
      (c) Date of sentencing: _____
   ☑ Being held on an immigration charge
   ☐ Other (explain): I am being held for overstaying on a B1/B2 Visiting Visa.

Page 2 of 10



AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

    ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

    ☐ Pretrial detention

    ☑ Immigration detention

    ☐ Detainer

    ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

    ☐ Disciplinary proceedings

    ☐ Other (explain): _I have been in Immigration proceedings for one year fighting my Immigration case. I should not be in Custody for so long if I'm not being Charged for a Crime._

6. Provide more information about the decision or action you are challenging:

    (a) Name and location of the agency or court: _Immigration Proceedings at Krome SPC 18201 SW 12th Street Miami, FL 33194_

    (b) Docket number, case number, or opinion number: _O87-397-876_

    (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): _I am challenging the Honorable [I.J.] decision of denying my Asylum Claim, my withholding of removal Claim and my Convention againts torture Claim._

    (d) Date of the decision or action: _December 7, 2020_

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

    Did you appeal the decision, file a grievance, or seek an administrative remedy?

    ☑ Yes     ☐ No

    (a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _Board Of Immigration Appeals_

    (2) Date of filing: _August 3, 2020_

    (3) Docket number, case number, or opinion number: _O87-397-876_

    (4) Result: _Case Remanded back to the Immigration Judge_

    (5) Date of result: _October 29, 2020_

    (6) Issues raised: _The Honorable I.J. did not give me a chance to apply for Asylum Witholding of removal or C.A.T_

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☒ Yes    ☐ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: Board Of Immigration Appeals Clerk Office
      (2) Date of filing: 01/05/2021
      (3) Docket number, case number, or opinion number: 087-397-876
      (4) Result: Still pending
      (5) Date of result: Still pending
      (6) Issues raised: The Honorable [I.J] Wrongfully denied my Asylum Claim, My Withholding of removal Claim and My Convention againts torture Claim.

   (b) If you answered "No," explain why you did not file a second appeal: Because the case was sent back to the Honorable I. J. She denied my asylum case and I Appealed again to the B.I.A. Pending

9. **Third appeal**
   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☐ Yes    ☒ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: _____
      (2) Date of filing: _____
      (3) Docket number, case number, or opinion number: _____
      (4) Result: _____
      (5) Date of result: _____
      (6) Issues raised: _____

Page 4 of 10



AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____
_____
_____

(b) If you answered "No," explain why you did not file a third appeal: _Because the Second appeal to the B.I.A. is still pending._

10. **Motion under 28 U.S.C. § 2255**

    In this petition, are you challenging the validity of your conviction or sentence as imposed?

    ☐ Yes        ☒ No

    If "Yes," answer the following:

    (a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

           ☐ Yes        ☒ No

           If "Yes," provide:

           (1) Name of court: _____
           (2) Case number: _____
           (3) Date of filing: _____
           (4) Result: _____
           (5) Date of result: _____
           (6) Issues raised: _____

    (b)    Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

           ☐ Yes        ☒ No

           If "Yes," provide:

           (1) Name of court: _____
           (2) Case number: _____
           (3) Date of filing: _____
           (4) Result: _____
           (5) Date of result: _____
           (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?
☑ Yes    ☐ No

If "Yes," provide:
(a) Date you were taken into immigration custody: 02/16/2020
(b) Date of the removal or reinstatement order: May 22, 2020 and 12/07/2020
(c) Did you file an appeal with the Board of Immigration Appeals?
☑ Yes    ☐ No

If "Yes," provide:
(1) Date of filing: August 3, 2020
(2) Case number: 084-397-876
(3) Result: Case was remanded back to the Honorable [I.J.]
(4) Date of result: October 29, 2020
(5) Issues raised: The Honorable [I.J] did not give me a chance to hire an attorney after my first attorney withdraw, also She did not give my family a chance to come to court (the covid-19 was very bad at the time) and She did not give me a chance to apply for Asylum, witholding of removal and C.A.T.

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes    ☑ No

If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____




AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

_____
_____
_____
_____
_____
_____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes      ☑ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

_____
_____
_____
_____
_____

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** *I have been in the United States for over 15 years.*

_____
_____

Page 7 of 10



AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I came into the United States on 08/08/2005 I never been out side of the Country Sine

(b) Did you present Ground One in all appeals that were available to you?
☑ Yes   ☐ No

**GROUND TWO:** I have ties in the united States

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Mostly all of my Family members lives into the United States and are Citizens. My Mom, My Aunts, Uncles, Cusin, Sisters, Wife and Son

(b) Did you present Ground Two in all appeals that were available to you?
☑ Yes   ☐ No

**GROUND THREE:** I am not a danger to the Community.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
I am not an aggrivated felon. I am not Convicted of an aggrivated feloney, I do not have any Voilent Charges and I never missed any of my Immigration Court dates in the pass.

(b) Did you present Ground Three in all appeals that were available to you?
☑ Yes   ☐ No

Page 8 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** The Attorney that I had, presented another person documents to the Honorable Immigration Judge in my court proceedings. (Miss Representation by the attorney).

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

The attorney stated that my wife was divorcing me by the name of marcha. My wife name is not Marsha. He presented some paper to the Immigration Judge with that person name on it. The Judge realized that Marsha is not my wife. This very mistake was used againts me in Court.

(b) Did you present Ground Four in all appeals that were available to you?
☒ Yes   ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: _____

**Request for Relief**

15. State exactly what you want the court to do: I want the court to release me because I am in custody for too long and I am not doing a sentance for a crime. It is going to be one hundred percent easier for me to present my case to the Court. Ive been in custody since 02/16/2020 and still is today.

Page 9 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:
**02/09/2021**

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: **02/09/2021**          *O. Jones*
                              Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any

State of **FLORIDA**
County of **GLADES**     **9 PAGES**
Subscribed and sworn to (or affirmed) before me this
**8** day of **FEBRUARY 2021**
By **QDANE JONES**
Personally known ___ OR produced identification **GC5Q11MN1Q01604**
Type identification produced **GLADES COUNTY DETENTION CENTER**

_____
Notary Public



CINDY AGUILAR
MY COMMISSION # GG 970053
EXPIRES: July 15, 2024
Bonded Thru Notary Public Underwriters